MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

FILED
JUL 1 0 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-CR-10-70439 |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL |
| BOQUAN YU, | (San Francisco Venue) |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned Information without prejudice.

DATED: July 5, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL
3-CR-10-70439

Leave is granted to the government to dismiss the Information in *United States v. Boquan Yu* (3-CR-10-70439).

Date: 7-10-12

_____
United States Magistrate Judge

**Maria Elena James**
**United States Chief Magistrate Judge**

NOTICE OF DISMISSAL
3-CR-10-70439